COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS



§

GERONIMO FRANCISCO RIVERA
A/K/A GERONIMO FRANCISCO
RIVERA-LOZOYA,

Appellant,

v.

THE STATE OF TEXAS,

State.

§

§

§

§

§

§

§

§

No. 08-19-00223-CR

Appeal from the

171st District Court

of El Paso County, Texas

(TC# 20150D05113)

## O R D E R

The Court of Appeals for the Eighth District of Texas continues the hearing on the order to show cause as to why Rebecca Macias should not be held in civil and/or criminal contempt until December 23, 2020 at 2:00 p.m. In the interim we make the following ORDERS:

## I.

Rebecca Macias is the court reporter of record for a hearing in the appeal styled *Geronimo Francisco Rivera a/k/a Geronimo Francisco Rivera-Lozoya v. The State of Texas*, No. 08-19-00223-CR.

The reporter's record in this appeal is ORDERED to be completed and submitted to the Clerk of the Court no later than December 22, 2020.

### Macias' Continuing Duties to this Court

Rebecca Macias is ORDERED to daily monitor her email for correspondence from the Court and promptly respond. Rebecca Macias is ORDERED to contact the Clerk of the Court, Elizabeth Flores, every Monday, by telephone or email beginning December 21, 2020 as to the

status of any outstanding reporter's records due to the 8th Court of Appeals.

IT IS SO ORDERED this 17th day of December, 2020.

PER CURIAM

Before Alley, C.J., Rodriguez and Palafox, JJ.